■ ALICIA M. FLATTS, Appellant, v VIRGINIA D. RODRIGUEZ, Respondent. [967 NYS2d 863]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered February 27, 2012. The order granted the motion of defendant Virginia D. Rodriguez for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ MARIE T. BENKLEMAN et al., Appellants, v MARCIA A. KOLB, Respondent. [965 NYS2d 921]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered July 26, 2012. The order, insofar as appealed from, denied the motion of plaintiffs for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on April 26, 2013, and filed in the Erie County Clerk's Office on May 20, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ PATRICIA J. CURTO, Appellant, v NEW YORK STATE COLLEGE OF VETERINARY MEDICINE AT CORNELL et al., Respondents, et al., Defendants. (Appeal No. 1.) [965 NYS2d 920]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered January 30, 2012. The order granted the motion of defendants-respondents to dismiss the complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.